DONALD GRANT, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Grant* v. *City of New York*, 122 App. Div. 890, affirmed.
(Argued January 18, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover salary as inspector of police from the date of the plaintiff's illegal dismissal to the date of his reinstatement.

*Terence J. McManus, William M. K. Olcott* and *T. B. Chancellor* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs, on opinion of INGRAHAM, J., in Appellate Division on previous appeal (111 App. Div. 160).

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.